ACCEPTED
06-15-00128-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/26/2015 2:35:20 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00128-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | IN THE SIXTH DISTRICT |
| | § | |
| **VS.** | § | COURT OF APPEALS |
| | § | |
| **JEREMY CASE RODRIGUEZ** | § | STATE OF TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/26/2015 2:35:20 PM
DEBBIE AUTREY
Clerk

## MOTION TO DISMISS APPEAL

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Jeremy Case Rodriguez, Appellant in the above styled and numbered cause, and moves this Court to dismiss his appeal, pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure, and shows the following:

1.     Appellant was convicted of the felony offense of injury to a child in the 12th District Court of Walker County, Texas in trial court cause number 22614.

2.     On July 2, 2015, appellant filed notice of appeal in the trial court, and the appeal was assigned to the Sixth Court of Appeals in case number 06-15-00128-CR.

3.     The appeal is currently at issue in this Court.

4.     Appellant and his attorney of record, Celeste Blackburn, have reviewed the appellate record in this appeal and have discussed Appellant's rights as relating to his appeal and the merit of any possible point of errors that could be raised on appeal.

5.     As evidenced by their signatures on this motion, appellant and his attorney of record, request that his appeal of the trial court's verdict be dismissed.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court dismiss the appeal in cause number 06-15-00128-CR.

Respectfully submitted,

Celeste Blackburn
SBN 24038803
333 N. Rivershire Dr., Suite 285
Conroe, Texas 77304
Tel: (936)703-5000
Fax: (877)900-2822

Jeremy Case Rodriguez
Appellant

## CERTIFICATE OF SERVICE

This is to certify that on ___10/26___, 2015, a true and correct copy of the above and foregoing document was served on the Walker County District Attorney's Office by fax to 936-435-2441.

J. Celeste Blackburn

## NO. 01-11-00805-CR

| | | |
|---|---|---|
| LARRY D. SHAW | § | IN THE FIRST DISTRICT |
| | § | |
| VS. | § | COURT OF APPEALS |
| | § | |
| STATE OF TEXAS | § | STATE OF TEXAS |

## ORDER

On this _____ day of _____, 20_____, came to be heard Appellant's Motion to Dismiss Appeal. The Court, having considered the motion, finds that the motion is hereby:

_____GRANTED

_____ DENIED

SIGNED this _____ day of _____, 20____.

_____
JUDGE PRESIDING